IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES CHARLTON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the U.S. Probation Officer, and with the agreement of counsel,

IT IS ORDERED that Defendant Davis' revocation hearing is rescheduled to Thursday, June 28, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 29, 2007.                BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge